**FIRST DIVISION
BARNES, P. J.,
GOBEIL and MARKLE, JJ.**

**NOTICE: Motions for reconsideration must be _physically received_ in our clerk's office within ten days of the date of decision to be deemed timely filed.
https://www.gaappeals.us/rules**

**_DEADLINES ARE NO LONGER TOLLED IN THIS COURT. ALL FILINGS MUST BE SUBMITTED WITHIN THE TIMES SET BY OUR COURT RULES._**

**February 8, 2021**

# In the Court of Appeals of Georgia

A21A0841. IN THE INTEREST OF N. C. et al., children.

MARKLE, Judge.

In this dependency and child custody proceeding, the juvenile court held a hearing on November 19, 2020, in which the children's mother, Shantricia Robinson, was represented by counsel. On November 24, 2020, the juvenile court entered an initial review order that addressed various custody-related issues. Robinson filed a pro se notice of appeal on December 4, 2020. We lack jurisdiction.

The juvenile court entered an order permitting Robinson's counsel to withdraw on December 17, 2020. Consequently – and pretermitting whether the November 24 order is directly appealable – Robinson was represented by counsel when she filed her December 4 pro se notice of appeal, which therefore is a nullity. See _Jacobsen v. Haldi_, 210 Ga. App. 817, 819 (1) (437 SE2d 819) (1993) (under the state constitution,

"a layperson does not have the right to represent h[er]self and also be represented by an attorney," and a party thus "cannot attempt to represent herself by filing pro se pleadings, while at the same time she is represented by counsel of record") (punctuation omitted); accord *Ringold v. State*, 309 Ga. 443, 445-446 (847 SE2d 181) (2020) (the defendant's pro se motion to withdraw his guilty plea, filed 12 days before the trial court granted his counsel's motion to withdraw, "was a legal nullity that presented nothing for the trial court to decide"); see also *Tolbert v. Toole*, 296 Ga. 357, 361-363 (3) (767 SE2d 24) (2014); *Soberanis v. State*, 345 Ga. App. 403, 405 (812 SE2d 800) (2018). As a result, Robinson's appeal is hereby DISMISSED for lack of jurisdiction. See *Soberanis*, 345 Ga. App. at 405.

*Appeal dismissed. Barnes, P. J., and Gobeil, J., concur.*